**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00301-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  MICHAEL RICHARDSON,

    Defendant.

---

**MINUTE ORDER**[1]

---

On June 27, 2011, the court conducted a telephonic setting conference to reset the change of plea hearing in this matter. After conferring with counsel and with their consent,

**IT IS ORDERED** that on **August 5, 2011**, at 9:00 a.m., the court shall conduct the change of plea hearing in this matter.

Dated: July 21, 2011

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.